**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MICHAEL A. DEMUTH,**

                      **Plaintiff,**                  9:18-cv-895
                                                                       (GLS/TWD)
             v.

**ERNEST CUTTING et al.,**

                      **Defendants.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR PLAINTIFF:** | |
| Michael A. Demuth | |
| Pro Se | |
| 19-B-1439 | |
| Collins Correctional Facility | |
| P.O. Box 340 | |
| Collins, NY 14034 | |
| | |
| **FOR DEFENDANTS:** | |
| Office of Frank W. Miller | FRANK W. MILLER, ESQ. |
| 6575 Kirkville Road | |
| East Syracuse, NY 13057 | |

**Gary L. Sharpe**
**Senior District Judge**

## **ORDER**

    The above-captioned matter comes to this court following an Order

and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley

Dancks duly filed on February 19, 2020. (Dkt. No. 40.) Following fourteen

days from the service thereof, the Clerk has sent the file, including any and

all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 40) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 31) is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 11, 2020
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge